## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN SIMS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 17-1930** |
| **UNITED STATES** | * | **SECTION "L"** |
| | * | **MAGISTRATE 5** |

\* \* \* \* \* \* \* \* \*

## <u>UNITED STATES' UNOPPOSED MOTION TO COMPEL THE DEPOSITION OF DR. TODD COWEN AND INCORPORATED MEMORANDUM IN SUPPORT</u>

**MAY IT PLEASE THE COURT:**

Federal Defendant, the United States of America ("United States"), through the undersigned Assistant United States Attorney, respectfully submits this motion to compel the deposition of Dr. Todd Cowen, M.D. ("Dr. Cowen"), without prepayment, and sufficiently in advance of the discovery deadline, in the above captioned matter. The Federal Rules of Civil Procedure require that an expert be paid only a "reasonable fee for time spent responding to discovery," such as preparing for and attending a deposition. Fed. R. Civ. P. 26(b)(4)(E). Dr. Cowen (via his office personnel) has advised, however, that he will not present for a deposition without prepayment.

As communicated to Dr. Cowen's office, 31 U.S.C. § 3324, prohibits advance payment of public monies, and no disposition of funds can made for services rendered until the service has been provided or article delivered. 31 U.S.C. § 3324. Dr. Cowen's office has nevertheless made clear that he will not present for a deposition without prepayment, which makes this motion

necessary. Plaintiff's counsel has been contacted has no opposition to the Federal Defendant's Motion to compel the deposition of Dr. Cowen, without prepayment.

Accordingly, for the reasons more fully set forth below, the United States of America is hereby requesting that this Honorable Court compel the deposition of Dr. Cowen, without prepayment, and to occur sufficiently in advance of the February 5, 2018 discovery deadline. *See* R.Doc. 11.

## I. FACTUAL AND PROCEDURAL BACKGROUND

This case arises from a motor vehicle accident that occurred on or about July 17, 2015. R.Doc. 1. Plaintiff, Evelyn Sims ("Plaintiff"), a 67-year-old woman, alleges that a federal employee of the United States Postal Service ("USPS") ran into her vehicle and caused personal injuries. *Id*. Plaintiff has sued the United States for such injuries pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et. seq. Id.* The United States denies causation for Plaintiff's alleged injuries, and discovery is ongoing.

As part of discovery, the Federal Defendant requested the deposition of Dr. Todd Cowen ("Dr. Cowen"), Plaintiff's treating pain management physician (for neck, back and other pain ailments) from approximately 2002 (or before) to present. Dr. Cowen's office and counsel for both parties confirmed scheduling Dr. Cowen's deposition to occur on January 18, 2017, 9:30 a.m. at Dr. Cowen's office in Thibodaux, LA. Accordingly, on December 5, 2017, the Federal Defendant issued a Notice of Deposition for Dr. Cowen's deposition to occur at Dr. Cowen's office on January 18, 2017. *See* Exhibit A. Subsequently, Dr. Cowen's office advised that Dr. Cowen would not appear without prepayment. *See* Exhibit B. In response to follow-up calls on this issue, Dr. Cowen's staff advised multiple times verbally that Dr. Cowen was made aware of the

applicable law on the issue of prepayment, and has been very clear in his position, and will <u>not</u> present for his deposition without prepayment.

In response to Dr. Cowen's refusal to present for his deposition without prepayment, on December 12, 2017 a subpoena was issued for Dr. Cowen's deposition on the date and time agreed to by Dr. Cowen and counsel for both parties, but to occur at the United States Attorney's Office for the Eastern District of Louisiana instead of Dr. Cowen's office. *See* Exhibit C. In response, Dr. Cowen's office again confirmed that Dr. Cowen would not present for a deposition without prepayment, and all depositions are to occur at Dr. Cowen's office. *See* Exhibit D. Lastly, on December 18, 2017, Dr. Cowen's office called to advise the Federal Defendant that Dr. Cowen now has a conflicting obligation on January 18, 2018, and the deposition date previously reserved is no longer available.

Dr. Cowen's office has been advised of the applicable law and the process for payment of public monies on several occasions, verbally and in writing, but Dr. Cowen has made clear that he will not appear for his deposition without prepayment.

## II. <u>LAW AND ARGUMENT</u>

"The cost of deposing an expert whose opinion may be presented at trial is, absent a showing of manifest injustice, 'a reasonable fee for time spent . . . responding to discovery.' " *Ball v. LeBlanc*, 2015 WL 5793929, at *1 (M.D. La. Sept. 30, 2015) (quoting Fed. R. Civ. P. 26(b)(4)(E)(i)). There is no requirement for prepayment. Moreover, 31 U.S.C. § 3324, prohibits advance payments of public monies until the transaction has been accomplished. *See* 31 U.S.C. 3324.

In sum, the United States submits that it is necessary to depose Dr. Cowen, a pain management physician who has treated Plaintiff for alleged neck, back and other pain ailments

since 2002 or before to present. The Federal Defendant is prohibited from paying for services in advance, including Dr. Cowen's deposition, and therefore hereby requests that this Honorable Court compel the deposition of Dr. Cowen, without prepayment, to occur sufficiently in advance of the discovery deadline.

### III. <u>CONCLUSION</u>

**WHEREFORE,** for the reasons assigned above, Federal Defendant, the United States of America, respectfully requests that this Honorable Court grant the instant motion and compel the deposition of Dr. Cowen, without prepayment, and to occur sufficiently in advance of the discovery deadline, in the above-captioned matter.

New Orleans, Louisiana, this 26th day of December, 2017.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

   *s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**
Assistant United States Attorney
LA Bar Roll No. 28633
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3061

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was served electronically and/or by first-class mail, postage prepaid, on this 26th day of December, 2017, on counsel for all parties.

_s/ Sunni J. LeBeouf_____
**SUNNI J. LEBEOUF**
Assistant United States Attorney