

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

*Sunni J. LeBeouf*
*Assistant United States Attorney*
*Sunni.J.LeBeouf@usdoj.gov*

*650 Poydras Street, Suite 1600*
*New Orleans, Louisiana 70130*

Telephone: (504) 680-3061
Fax: (504) 680-3184

December 5, 2017

VIA FACSIMILE- 985-447-9006
Dr. Todd Cowen
Attn: Kristin or Erica
726 N Acadia Rd., Ste. 2600
Thibodaux, LA 70301

Re: *Evelyn Sims v. United States of America*
USDC, EDLA, Civil Action No. 17-1930 "L" (5)

Dear Kristin or Erica:

Please see the enclosed Re-Notice of Deposition of Dr. Todd Cowen. Pursuant to your conversations with Kevin Callahan of my office, please be advised that: **in accordance with 31 U.S.C. § 3324, prohibiting advance payments of public monies, no disposition of funds should be made for services rendered, purchases made, etc., until the transaction has been accomplished. I have obligated the funds necessary for Dr. Cowen's deposition and will submit your itemized invoice to our Budget Office for processing as soon as it is received after the deposition has taken place.**

Please feel free to contact me if you have any questions.

Yours truly,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

*Sunni J. LeBeouf* /kc

SUNNI J. LEBEOUF
Assistant United States Attorney

SJL/kc
Enclosure

<span style="color:red">Exhibit A</span>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN SIMS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 17-1930** |
| **UNITED STATES** | * | **SECTION "L"** |
| | * | **MAGISTRATE 5** |

\* \* \* \* \* \* \* \* \*

## RE-NOTICE OF DEPOSITION

**TO:** **Brian King**
**The King Law Firm, LLC**
**2912 Canal St., 2nd Floor**
**New Orleans, LA 70119**

**PLEASE TAKE NOTICE** that defendant, the United States of America, through the undersigned Assistant United States Attorney, will take the deposition of **Dr. Todd Cowen** for all purposes provided under the Federal Rules of Civil Procedure on **Thursday, January 18, 2018**, beginning at **9:30 a.m.**, and continuing until completed at Cowen Clinic, 726 N Acadia Rd., Ste. 2600, Thibodaux, LA 70301, before an officer duly qualified to administer oaths. The deposition will be recorded stenographically.

You are hereby notified to attend and participate as you deem proper.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

_____
SUNNI J. LeBEOUF
Assistant United States Attorney
LA Bar Roll No. 28633
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3061
Facsimile: (504) 680-3186
sunni.j.lebeouf@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by electronic mail and placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of December, 2017.

_____
SUNNI J. LeBEOUF
Assistant U.S. Attorney

```
**************************************************************************
*                           TRANSACTION REPORT                    P. 01   *
*                                                      DEC-05-2017 TUE 04:35 PM *
*     FOR: US Attorney's Office    504 680 3184                           *
*------------------------------------------------------------------------*
*     SEND                                                               *
*   DATE  START    RECEIVER       TX TIME  PAGES TYPE    NOTE     M#  DP *
*------------------------------------------------------------------------*
*   DEC-05 04:34 PM 19854479006     38"      3  FAX TX    OK      457    *
*------------------------------------------------------------------------*
*                                    TOTAL :   38S  PAGES:   3           *
**************************************************************************
```



*Sunni J. LeBeouf*
*Assistant United States Attorney*
*Sunni.J.LeBeouf@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

Telephone: (504) 680-3061
Fax: (504) 680-3184

December 5, 2017

<u>VIA FACSIMILE- 985-447-9006</u>
Dr. Todd Cowen
Attn: Kristin or Erica
726 N Acadia Rd., Ste. 2600
Thibodaux, LA 70301

    Re:   *Evelyn Sims v. United States of America*
         <u>USDC, EDLA, Civil Action No. 17-1930 "L" (5)</u>

Dear Kristin or Erica:

    Please see the enclosed Re-Notice of Deposition of Dr. Todd Cowen. Pursuant to your conversations with Kevin Callahan of my office, please be advised that: **in accordance with 31 U.S.C. § 3324, prohibiting advance payments of public monies, no disposition of funds should be made for services rendered, purchases made, etc., until the transaction has been accomplished.** I have obligated the funds necessary for Dr. Cowen's deposition and will submit your itemized invoice to our Budget Office for processing as soon as it is received after the deposition has taken place.

    Please feel free to contact me if you have any questions.

                        Yours truly,

                        DUANE A. EVANS
                        ACTING UNITED STATES ATTORNEY

                        *Sunni J. LeBeouf /kc*
                        SUNNI J. LEBEOUF
                        Assistant United States Attorney

SJL/kc
Enclosure