# COWEN CLINIC
### Rehabilitation + Physical Medicine
TODD COWEN, MD

Date: 12/6/17

Dear: Kevin Callahan,
Attention: _____
Fax Number: 504-680-3184

Regarding (Patient): Evelyn Sims

The following day(s) have been reserved on our schedule per your request for a Deposition:

January 18, 2018 at 9:30 am.

Based on this request, a prepayment amount of $1000.00 has been determined by Dr. Cowen. This is an estimate and is subject to change once the services are performed. Prepayment is required within 7 business days prior to the appointment date in order for the deposition to remain on our schedule. Our Tax I.D. is 72-1298969.

Since the time is blocked off on our schedule, if a cancellation is received less than 48 hours before, we reserve the right to keep the entire estimated charge. If the cancellation is received less that five calendar days before, we reserve the right to keep half the estimated charge. The appointment will be rescheduled once prepayment is received.

Acceptance of this policy is implied when prepayment is received. If any further clarification is needed, please call our clinic.

Sincerely,

Erica
Cowen Clinic

726 North Acadia Road, Suite 2600 Thibodaux, LA 70301 + Phone 985-447-9922 + Fax 985-447-9006

Exhibit B