

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

| | | |
|---|---|---|
| *Sunni J. LeBeouf* | *650 Poydras Street, Suite 1600* | *Telephone: (504) 680-3061* |
| *Assistant United States Attorney* | *New Orleans, Louisiana 70130* | *Fax: (504) 680-3184* |
| *Sunni.J.LeBeouf@usdoj.gov* | | |

December 12, 2017

VIA FACSIMILE- 985-447-9006
AND FED EX
Dr. Todd Cowen
Attn: Kristin or Erica
726 N Acadia Rd., Ste. 2600
Thibodaux, LA 70301

       Re:    *Evelyn Sims v. United States of America*
               USDC, EDLA, Civil Action No. 17-1930 "L" (5)

Dear Kristin or Erica:

       Please see the attached Re-Notice of Deposition of Dr. Todd Cowen along with a subpoena commanding his appearance at the deposition on January 18, 2017 at 9:30 a.m. at the United States Attorney's Office, 650 Poydras St., Suite 1600, New Orleans, LA 70130.  Pursuant to your conversations with Kevin Callahan of my office, please be advised that: **in accordance with 31 U.S.C. § 3324, prohibiting advance payments of public monies, no disposition of funds should be made for services rendered, purchases made, etc., until the transaction has been accomplished.  I have obligated the funds necessary for Dr. Cowen's deposition and will submit your itemized invoice to our Budget Office for processing as soon as it is received after the deposition has taken place.**

       Please feel free to contact me if you have any questions.

                       Yours truly,

                       DUANE A. EVANS
                       ACTING UNITED STATES ATTORNEY

                       SUNNI J. LEBEOUF
                       Assistant United States Attorney

SJL/kc
Enclosure
Cc: Brian King (via electronic Mail and First Class Mail)

<span style="color:red">Exhibit C</span>

AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Louisiana

| | |
|---|---|
| EVELYN SIMS | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    17-1930 "L" (5) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:        Dr. Todd Cowen, Cowen Clinic, 726 N Acadia Rd., Ste. 2600, Thibodaux, LA 70301

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: United States Attorney's Office, 650 Poydras St., Suite 1600 New Orleans, LA 70130 | Date and Time: 01/18/2018 9:30 am |
|---|---|

The deposition will be recorded by this method: _____

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/12/2017

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    United States of Amewrica _____ , who issues or requests this subpoena, are:

Sunni J. LeBeouf, AUSA, 650 Poydras St., Suite 1600, New Orleans, LA 70130, sunni.j.lebeouf@usdoj.gov, 504-680-3061

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN SIMS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 17-1930** |
| **UNITED STATES** | * | **SECTION "L"** |
| | * | **MAGISTRATE 5** |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## RE-NOTICE OF DEPOSITION

TO:   **Brian King**
      **The King Law Firm, LLC**
      **2912 Canal St., 2nd Floor**
      **New Orleans, LA 70119**

**PLEASE TAKE NOTICE** that defendant, the United States of America, through the undersigned Assistant United States Attorney, will take the deposition of **Dr. Todd Cowen** for all purposes provided under the Federal Rules of Civil Procedure on **Thursday, January 18, 2018**, beginning at **9:30 a.m.**, and continuing until completed at the United States Attorney's Office, 650 Poydras St., Suite 1600, New Orleans, LA 70130, before an officer duly qualified to administer oaths. The deposition will be recorded stenographically.

You are hereby notified to attend and participate as you deem proper.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

SUNNI J. LeBEOUF
Assistant United States Attorney
LA Bar Roll No. 28633
650 Poydras Street, 16th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3061
Facsimile:  (504) 680-3186
sunni.j.lebeouf@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by electronic mail and placing same in the United States Mail, properly addressed and postage prepaid, this 12th day of December, 2017.

SUNNI J. LeBEOUF
Assistant U.S. Attorney