| | |
|---|---|
| **From:** | Cowen Clinic |
| **To:** | LeBeouf, Sunni J. (USALAE) |
| **Subject:** | E Sims |
| **Date:** | Wednesday, December 13, 2017 9:28:01 AM |

Sunni,

    Please note that our office requires prepayment for all Depositions. Dr. Cowens depositions take place in our office at 726 North Acadia Road, Suite 2600 Thibodaux, LA 70301. Our prepayment letter was sent to your office on December 6th, 2017 and reflects the same.

Thanks,

Cowen Clinic

<div style="text-align:right;color:red;">Exhibit D</div>