# HEGWOOD & COMPANY, LLC

## PROFESSIONAL REHABILITATION COUNSELORS

January 12, 2018

Ms. Sunni J. Lebeouf
U.S. Department of Justice
U.S. Attorney General's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

*Fax:*      *(504) 680-3184*
*E-Mail:*   *sunni.j.lebeouf@usdoj.gov*
           *kevin.callahan@usdoj.gov*

          Re:   Evelyn Sims *vs.*
                United States of America
     Your File #:  2017V00114
     Our File #:   6.009D

Dear Ms. Lebeouf:

Ms. Evelyn Sims was seen on November 30, 2017, in order to
conduct a medical needs determination.  The meeting was held
at the law office of Brian King at 2912 Canal Street, New
Orleans, Louisiana, and consisted of an interview only.
Present during our meeting was Ms. Sims; her husband,
Lawrence Joseph Sims, Sr.; and her son, Lawrence Sims, Jr.
Prior to the assessment, Ms. Sims was informed verbally and in
writing, by means of a Privacy Notice regarding disclosure of
medical information and a Professional Disclosure and
Declaration of Practices and Procedures, that no
client/counselor relationship would be developed, and,
therefore, there would be no confidentiality.  However, Ms.
Sims was informed a report may be generated in this matter.

---

**BARNEY HEGWOOD** LRC, CRC, CCM, NCC     **STEPHANIE HAUPT** LRC, CRC, CLCP     **IAN HEGWOOD** LRC, CRC, CLCP
BHEGWOOD@HEGWOODCO.COM                  SHAUPT@HEGWOODCO.COM                  IHEGWOOD@HEGWOODCO.COM
(504) 458-5560                         (504) 312-1161                        (504) 401-0100

PHONE (985) 764-5359 • FAX (985) 764-5361 • 2017 ORMOND BLVD • DESTREHAN • LA • 70047

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 2

In addition, the following documents, supplied by your office, were reviewed:

1. Economic report of Malcolm M. Dienes, LLC, dated 11/17/17;

2. Answers to Interrogatories, dated 10/11/17 through 11/14/17;

3. IME report of Elite Orthopaedic Specialists, James C. Butler, dated 10/18/17;

4. Medical cost projection report of Red Zone Consulting Services, LLC, Kasey L. Crawford, dated 10/10/17;

5. Medical records of Family Doctor Clinic, Todd D. Cowen, M.D., dated 3/1/02 through 10/05/17;

6. Medical records of DISC of Louisiana, Samer Shamieh, M.D., dated 5/6/16 through 8/18/17;

7. Pharmacy records of Wal-Mart, dated 7/20/15 through 6/5/17;

8. Medical records of The Family Doctor Clinic of Thibodaux, dated 10/15/84 through 2/14/17;

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 3

   9. Miscellaneous diagnostic studies, dated 12/19/89 through 8/15/16;

10. Medical records of Healthsphere Management Group, Chad Domangue, M.D., dated 4/5/16 through 6/10/16;

11. Chiropractic records of Thibodaux Spine and Rehabilitation, Beau Porche, D.C., dated 9/10/15 through 3/8/16;

12. Medical report of Digestive Health, dated 1/19/16;

13. Medical records of Thibodaux Regional Medical Center, dated 2/18/07 through 12/11/15;

14. Physical therapy records of Advanced Physical Therapy and Rehabilitation, dated 7/22/15 through 8/27/15;

15. Medical records of Our Lady of the Lake Physicians Group, Derrick Spell, M.D., dated 10/6/10 through 8/26/15;

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 4

16. Medical records of Thibodaux Orthopaedic and
    Sports Medicine Clinic, Neil J. Maki, M.D., dated
    11/20/98 through 9/11/08;

17. Medical records of Center for Digestive Health,
    Charles Monier, Jr., M.D., dated 7/5/05 through
    6/10/08;

18. Medical records of John J. Jones, Jr., M.D., dated
    3/4/02 through 2/9/06;

19. Physical therapy records of Thibodaux Physical
    Therapy, dated 2/2/01;

20. Medical records of Thibodaux Regional Medical
    Center, John Tosh, M.D., dated 12/27/00;

21. Medical record of Richard A. Morvant, Jr., M.D.,
    dated 1/14/00;

22. Medical report of Kenneth A. Gaddis, M.D.,
    dated 11/14/94;

23. Disability determination letter from the
    Department of Social Services, dated 8/10/90
    through 10/7/94; and

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 5


     24. Medical records of Pete Rhymes, M.D., dated
        1/19/90 through 3/9/90.


### BACKGROUND INFORMATION:

Ms. Evelyn Sandra Sims is a 67-year-old individual, having
been born ▮▮▮▮▮▮▮▮ in Thibodaux, Louisiana.  She has
remained in her birth area and currently lives in a
single-family home with her husband of thirty-three years,
Lawrence Joseph Sims, Sr., at 1527 A Himalaya Avenue.  Ms.
Sims has one previous marriage, from which she had two
children, one of whom is deceased.  She also has six
stepchildren who live in California.  Ms. Sims is five feet,
three inches tall and weighs 173 pounds.  She is right-hand
dominant, occasionally drinks alcohol, and does not smoke
tobacco products.

Ms. Sims possesses a valid unrestricted Louisiana Class E
driver's license which is scheduled to expire in the year 2019.
She owns and operates a 2008 Honda CRV.  She stated she is
unable to drive long distances due to her back and shoulder
symptoms, which was reportedly not a problem prior to her
July 17, 2015 accident.

Ms. Sims graduated from C. M. Washington High School in
Thibodaux, Louisiana, in 1968, when she was seventeen years
of age.  She did not repeat or skip any grades.  Following, she
attended Gretna Vocational Technical School for one year in
the study of stenography.  This was a two-year program, of
which she only completed a year.

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 6

Ms. Sims' vocational history consists of work within the restaurant services industry in positions such as a ***waitress, dish washer, fry cook,*** and ***assistant kitchen manager.*** Also, according to Answers to Interrogatory No. 4, she was a volunteer at Schriever Elementary School and received a stipend. This position reportedly concluded six months post-accident of July 17, 2015.

Ms. Sims stated that her pre-injury interests included gardening, cutting grass, attending church, walking five miles a day, visiting with friends and family, and decorating, to include painting and stripping furniture. Post-accident, she states she is no longer able to perform these activities, with the exception of walking in a store with a single-point cane and occasionally visiting with friends and family.

Ms. Sims reports she is independent in her activities of daily living, but is no longer able to mop or sweep, and requires assistance with cleaning the tub and toilet, cooking, and changing sheets. She reported difficulty with chores requiring bending, with which her husband, son, and niece assist. A typical day varies and, at times she performs the following activities: washing clothes; preparing meals; dusting; washing dishes; visiting family and friends; attending Sunday mass; reading the Bible; praying and meditating; watching television; running errands; and playing games on her tablet.

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 7


## PRE-ACCIDENT MEDICAL HISTORY:

According to the medical records of Douglas Harris, Ms. Sims
was involved in a motor vehicle accident on December 18,
1989, and suffered back and neck injuries, and underwent
x-rays and medication management through October 10, 2013.
During this timeframe, it was also noted she underwent
cervical surgery in the 1990s; carpal tunnel release surgery in
1991; rotator cuff repair surgery in July 1996; had a motor
vehicle accident on May 30, 2002, with stiffness in the neck
and back; had a couple of falls; was treated for complaints of
left knee and left hip symptoms in August 2002; and was
treated for right shoulder pain with radiation to the arms from
May 25, 1993 to October 10, 2013.

According to the medical records of Dr. Pete Rhymes, Ms.
Sims was involved in a motor vehicle accident on December
19, 1998, and had complaints of neck pain into the bilateral
shoulders, muscle spasms into the right arm on occasion, as
well as thoracic pain, numbness in the right hand, muscle
tightness in the cervical spine area, occipital headaches, and
back pain.  Diagnosis was acute cervical sprain and back
strain.  These records documented initial treatment at
Thibodaux General with x-rays of the cervical spine, read as
normal, and an EMG/nerve conduction velocity study.  It was
also indicated she treated with Dr. Kenneth Vogel for chronic
cervical sprain and possible herniated disc, for which a facet
arthrogram and cervical facet blocks were ordered.  Dr.
Rhymes' treatment consisted of medications, physical therapy,
and heat.  These records also indicate a prior whiplash injury
seven or eight years ago, which "took a while to clear up."

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 8

According to the medical records of Dr. Kenneth Gaddis, Ms. Sims was in a motor vehicle accident in 1989, and had right arm and hand pain, numbness, and swelling. In June 1990, she had "laser surgery" on the neck in New Orleans, not relieved by surgery. Additional diagnostic studies were performed and she was diagnosed with carpal tunnel syndrome, for which she underwent surgery with some relief from numbness and tingling of the right first fingers, but not pain or muscle spasms in the proximal right arm, shoulder, or right side of the neck. Three years later in 1993, she was noted to continue with symptoms of pain, with an inability to utilize the right arm for the simplest activities, with nocturnal awakening due to hand numbness, tightness, and other paresthesias. Ms. Sims reportedly sought treatment with orthopedic surgery and neurology, and underwent an EMG/nerve conduction velocity in 1994, which was read as normal. She also underwent physical therapy, which was noted to aggravate her pain. She utilized a TENS unit, but it was not of significant benefit, "but took the edge off." It was noted she also had intermittent cyanosis in paler. In November 1994, Dr. Gaddis diagnosed causalgia related to the 1989 motor vehicle accident, for which he recommended a lumbar MRI.

According to the medical report of Dr. Richard Morvant, dated January 14, 2000, Ms. Sims injured her right lower extremity on a cart at Lowe's on November 20, 1999, and was treated by Dr. Douglas Harris with x-ray and medications. Diagnosis was contusion of the right lower extremity with possible mild periostitis and possible mild swelling, treated with Tylenol.

According to the medical report of Dr. John Tosh, dated December 27, 2000, Ms. Sims tripped and fell backwards,

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 9

hitting the back of her head and complained of scalp, neck, and
low back pain, for which x-rays of the cervical and lower spine
were performed and showed no abnormalities.  Diagnosis was
scalp contusion, and cervical and lumbar strain.  Ms. Sims was
then treated at Thibodaux Physical Therapy for diagnosis
sprain of the neck and headaches.  The plan was for physical
therapy treatments two times a week for five weeks.
According to the medical records of Dr. John Jones, on
February 25, 2002, he diagnosed severe hidradenitis supprativa
at the bilateral right axilla, for which treatment consisted of
medications, and excision of the axilla gland.  He also
diagnosed hand eczema on February 6, 2006, treated with
cream.

According to the medical records of Thibodaux Regional
Medical Center, Ms. Sims was noted to have arthritic changes
in the lower back on x-rays and on medications for pain on
February 18, 2007.  At that time, she was diagnosed with
lumbar radiculopathy and pain in the left hip.  On June 19,
2007, she was treated for pain in the low back and left
shoulder.  On June 25, 2007, diagnosis was radicular symptoms
and rotator cuff disease.  On April 4, 2008, diagnosis was
degenerative disc disease, treated with medications, low back
pain, and left knee pain for years.  On January 25, 2009, she
was treated with medications for pain in the left knee.  On July
31, 2013, diagnosis was sciatica, lumbosacral sprain, hip pain,
and dysthymic disease treated with medications.

According to the medical records of Dr. Charles Monier, Ms.
Sims underwent a colonoscopy on June 10, 2008, and was
diagnosed with multiple diverticula.

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 10

According to the medical records of Dr. Derrick Spell, Ms.
Sims had prior surgeries, to include cervical neck repair;
bilateral axillary surgery for hidradenitis; C-section;
appendectomy; left knee arthroscopy in September 2008; and
right carpal tunnel release.  On February 25, 2015, Dr. Spell
diagnosed Stage IA invasive ductal carcinoma of left breast;
chronic neck pain; insulin-resistance; and hypothyroidism.
Treatment consisted of Tamoxifen therapy and definitive
surgery in October 2010, by Dr. Michael Hailey.

According to the medical records of Dr. Todd Cowen, he
treated Ms. Sims from March 1, 2002, through April 21, 2015,
for the motor vehicle accident in 1989, gout, and for several
falls in February 2010, October 2012, and October 2013, all
resulting in chronic left knee, neck, back, shoulder, and hip
symptoms. Treatment consisted of diagnostic studies,
EMG/NCV studies, referral for PT, which was not helpful; left
shoulder injection, which was not helpful; referral for epidural
steroid injections (ESIs), which helped "a couple weeks."  Dr.
Cowen's impression was fibromyalgia with associated fatigue,
insomnia, and diffuse pain.  He saw Ms. Sim's one to two
times a year and prescribed a sleep, pain and muscle relaxer
medication. As of April 21, 2015, Dr. Cowen had been
prescribing for several years, Flexeril 10 mg, twice a day and
Trazadone 100 mg at bedtime, with five refills.

Ms. Sims was also treated by Dr. Neil Maki from November 20,
1998 through September 19, 2003.  In November 1998, she had
complaints of right neck and shoulder pain from a motor
vehicle accident nine years prior.  She still had problems, and
was involved in a motor vehicle accident three days before,
with hyperextension injury of the right shoulder.  Dr. Maki's

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 11

impression was right cervical muscle strain and irritation of
the rotator cuff.  Treatment included referral for physical
therapy of the neck and shoulders; MRI of the cervical spine,
performed February 19, 1999, which was normal; MRI of the
right shoulder, performed February 19, 1999, showing scarring;
medications, and arthroscopic surgery of the shoulder,
performed February 1999.  On August 23, 2002, Ms. Sims
complained of pain and catching of the left knee, for which Dr.
Maki performed x-rays and his impression was lateral joint
line cyst with probable tear to the lateral menisci, and left
shoulder regaining motion.

An MRI was performed on September 6, 2002, and showed a
tear of the lateral meniscus.  Dr. Maki performed an
arthroscopy and partial lateral meniscectomy chondroplasty of
the left knee on September 30, 2002.  Post-op, she continued
with swelling and pain and radiculopathy in the left leg.
An MRI performed December 20, 2002, showed degenerative
disc disease and possible problem at the L4-L5, with
questionable problems at the L3-L4, which could cause some
discomfort and radicular-type symptoms, as well as a moderate
sized joint effusion of the left knee.  Treatment consisted of
extraction of serous fluid and medications.  On September 19,
2003, Ms. Sims had complaints of knee problems, for which
x-rays showed mild to moderate amount of arthritic changes,
likely the reason for synovitis.  Treatment consisted of
over-the-counter anti-inflammatories, and return on an
as-needed basis.

According to Ms. Sims, in addition to the above, she
underwent a partial hysterectomy with bladder suspension in
March 2017; left knee total replacement in 2015, with Dr.

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 12

Chabert; and right ovarian removal when she was nineteen years of age; diagnosis of borderline diabetes mellitus and a thyroid condition. She denied any prior back issues, but noted only neck problems from the 1989 motor vehicle accident.

## POST-ACCIDENT MEDICAL SUMMARY:

Ms. Sims reported injuring her neck and back in a motor vehicle accident which occurred on July 17, 2015. She was taken to Thibodaux Regional Medical Center with complaints of neck, back, and right ankle pain. She underwent cervical and thoracic x-rays, which showed no acute process. Treatment consisted of medications.

On July 20, 2015, Ms. Sims saw her primary care physician, Dr. Douglas Harris, for complaints of pain in her back and the back of her head, as well as dizziness. Diagnosis was muscle strain, for which medications were prescribed and a referral made for physical therapy. Ms. Sims attended physical therapy at Advanced Physical Therapy from July 22, 2015 through August 27, 2015.

Following, Ms. Sims underwent chiropractic treatment with Dr. Beau Porche from September 10, 2015 through March 8, 2016. By January 27, 2016, Dr. Harris noted back pain with radiation to the legs and subjective pain and numbness in the neck, arms, legs, and feet. The assessment was lumbago and medications were prescribed.

On May 6, 2016, Ms. Sims was seen by Dr. Samer Shamieh for neck pain with radiation to the bilateral arms, and low back

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 13

pain with radiation to the bilateral extremities.  The
assessment was lumbago; cervical herniated nucleus pulposus
(HNP) C4-C5; cervical radiculopathy; cervical sprain; cervical
stenosis C3-C7; lumbar HNP L4-L5; lumbar radiculopathy;
lumbar sprain; lumbar stenosis; spondylolisthesis - spine;
muscle spasm - spine; headaches; disc bulge C3-C7; and disc
bulge L3-L4.

Ms. Sims then treated with Dr. Chad Domangue from April 5,
2016 through June 10, 2016, for complaints of neck, mid-back,
low back, and bilateral leg symptoms.  Diagnosis was cervical
disc disease with radiculopathy, mid to high region; low back
pain; and cervical radiculopathy.  Review of CT scan of the
cervical spine indicated significant disc pathology contacting
the spinal cord C3-C7 with hemorrhage at C4-C5.
Recommendation was for additional diagnostics and
medications.

On July 12, 2016, Dr. Shamieh performed an anterior cervical
discectomy and fusion (ACDF) C4-C5, and decompression,
laminectomy, partial facectomy, partial foraminotomy and
discectomy with decompression at L4-L5.  It was noted she had
complete relief of arm and leg pain with mild hip discomfort.
Post-op treatment consisted of x-rays and medications.  By
April 5, 2017, Dr. Shamieh made referral to pain management,
indicating Ms. Sims could return on an as-needed basis if
problems arose, at which time he would perform x-rays.
Post-op diagnosis was lumbago and cervicalgia.

On August 18, 2017, Ms. Sims returned to Dr. Shamieh, still
with complete relief of arm and leg pain post-op, but with
increased axial and hip discomfort.  It was noted she had no

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 14

numbness or tingling in her arms, but was having numbness in her bilateral feet. Her main concern was low back pain. Assessment was lumbago, cervicalgia, and lumbar radiculopathy. Treatment consisted of x-rays of the cervical and lumbar spine, which were read as normal; an order for a lumbar CAT scan; referral for physical therapy; and medications, to include Norco and Valium.

Ms. Sims underwent an independent medical examination under Dr. James Butler on October 18, 2017, to include a physical examination and review of medical records. It was his opinion that there was no objective medical proof to any reasonable degree of medical certainty that Ms. Sims will require an additional lumbar surgery, diagnostic studies or interventional pain treatments. He felt it more likely than not she will continue medication and care from Dr. Cowen; however, he noted she had been treating with him since 2001, for numerous complaints of neck and back pain, chronic conditions prior to the accident of July 2015, and unrelated to the motor vehicle accident. He felt the cervical and lumbar MRI studies demonstrated multiple degenerative changes without objective structural changes that more likely than not predated the July 2015 accident.

According to Ms. Sims, she continues with tightness in the back of her head and across the top of her shoulders, with occasional neck pain; limited range of motion of the neck; numbness in the feet, which comes and goes; random decreased grip strength in the bilateral hands on occasion, with the left worse than the right; occasional headaches; pain in the neck and back with change of weather conditions; mid-back pain halfway up her back and down her legs to her feet, which she

Ms. Sunni J. Lebeouf
Re:  Evelyn Sims
January 12, 2018
Page 15

reported was not as bad as pre-surgery; disturbed sleep pattern, averaging four hours at a time; and decreased sex life, of which her husband says they "have none."  For these symptoms, Ms. Sims sees Dr. Shamieh as needed, and Dr. Cowen every six months for medication refills.  She stated that, physically, she is unable to lift greater than five to ten pounds, to include a grocery bag; able to stand for fifteen minutes at a time; walk half a block; and sit for up to two hours.

Due to lumbar discomfort and a "knot in her back," Ms. Sims returned to Dr. Shamieh in August 2017, at which time it was recommended she undergo a lumbar CT scan and physical therapy.  At that time, Dr. Shamieh prescribed Norco, 10/325 mg., (60); and Valium, 5 mg., (30).  Ms. Sims also reported being prescribed Tylenol #3, (60); Trazadone, 100 mg., (45); and Tizanidine, 4 mg., (60), by Dr. Cowen.  She also reported utilizing a single-point cane when she will be standing for a prolonged period, a TENS unit, a wrap-around back brace, a heating pad, and a pillow for back support.

## MEDICAL DISABILITY COST ANALYSIS:

Due to the current recommendations made for treatment of Ms. Sims as a result of her July 17, 2015 motor vehicle accident, a Medical Disability Cost Analysis was developed.  The following charts of item needs, services, and costs are based on the recommendations made by Dr. Cowen in a telephone conference on December 12, 2017; recommendations made by Dr. James Butler in correspondence dated December 23, 2017; interview with Ms. Sims and her family on November 30, 2017;

Ms. Sunni J. Lebeouf
Re: Evelyn Sims
January 12, 2018
Page 16

review of file material; and vendor contacts. Telephone
conferences were scheduled with Dr. Shamieh on December 12,
2017 and December 15, 2017, but did not occur as I was not
contacted as arranged.  Attempts to reschedule have been daily,
and on January 3, 2018, I was informed he was out of the
country on his honeymoon and would not return until January
19, 2018; therefore, items regarding his medical treatment
were obtained from his medical records.

According to *Lawyers & Judges Publishing Co. Inc., 2017,
Future Damage Calculator*, the life expectancy of a 67
year-old black female is 18.1 years.  The actual life expectancy
and work life expectancy totals must be determined by an
economist or forensic CPA.

Should a review of any additional forthcoming information
affect the considerations or opinions in this report, an
addendum will be provided based on such a review.

With kindest regards,

STEPHANIE S. HAUPT
Licensed Rehabilitation Counselor #516
Certified Rehabilitation Counselor #39575
Certified Life Care Planner #1244

SSH:ddm

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 17

## MEDICAL DISABILITY COST ANALYSIS
### RE:  Evelyn Sims
### File No. 6.009

| SERVICE OR ITEM | DURATION | FREQUENCY | COST/UNIT | ANNUAL COSTS | ONE-TIME COSTS | INDICATION |
|---|---|---|---|---|---|---|
| **I.    MEDICAL EVALUATIONS & FOLLOW-UP TREATMENTS** | | | | | | |
| A.  Pain Management Specialist – Dr. Todd Cowen | Age 67 - Life | 2 times/year (Dr. Cowen) | $82.00 - $125.00/visit<br><br>per Dr. Cowen's invoices, her current provider | $164.00 - $250.00 | | According to a telephone conference with Dr. Cowen on 12/12/17, since April 2017, he has been seeing her 2 more times a year than prior, due to him taking over her Tylenol #3 medication. He expects this to be for life since she has been on the medication since her July 2016 surgery.  According to Dr. Butler's report of 12/23/17, she will require continued treatment with Dr. Cowen, but in his opinion for pre-existing conditions and he does not recommend long term narcotics, but defers to Dr. Cowen. |
| B.  Spine Surgeon – Dr. Samer Shamieh | Age 67 - Unknown | PRN | $500.00/visit<br><br>**For informational purposes only**<br><br>per Dr. Shamieh's invoices, her current provider | Unknown | Unknown | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 18

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **MEDICAL DISABILITY COST ANALYSIS**<br>**RE:  Evelyn Sims**<br>**File No. 6.009** | | | | |
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| I.    **MEDICAL EVALUATIONS & FOLLOW-UP TREATMENTS** *(Continued)* | | | | | | |
| C.  Physical Therapy Evaluation | Age 67 | Once (Dr. Shamieh & Dr. Butler) | $110.00/evaluation<br><br>per Advanced Physical Therapy & Rehabilitation, her most recent provider | | $110.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since. On 8/18/17, Dr. Shamieh made a referral for P.T. for hip discomfort. According to Dr. Butler's report of 12/23/17, he recommended one-time physical therapy treatment post-surgeries to increase her physical endurance. According to Ms. Sims and her son, she was not prescribed post-op P.T. They were under the impression Dr. Shamieh does not believe in P.T. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 19

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| II.    **MEDICATIONS - Generic costs without taxes.** | | | | | | |
| Tylenol # 3 (60ct.) | Age 67 - Life | Monthly<br>(Dr. Cowen) | $47.26/month<br><br>per Walmart, her current provider | $567.12 | | According to a telephone conference with Dr. Cowen on 12/12/17, she has been on this medication since her surgery of July 2016, and he took over the administration in April 2017. He expects she will continue the pain medication for life. According to Dr. Butler's report of 12/23/17, he does not recommend long term narcotics, but defers to Dr. Cowen. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 20

| MEDICAL DISABILITY COST ANALYSIS<br>RE: Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **III.   DIAGNOSTIC AND LABORATORY STUDIES** | | | | | | |
| A.   Cervical MRI | Age 67 - Life | Unknown/PRN<br><br>**OR**<br><br>Once<br>(Dr. Butler) | $1,400.00/unit<br><br><br><br>per Magnolia Diagnostic, her most recent provider | Unknown | Unknown<br><br>**OR**<br><br>$1,400.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. According to Dr. Butler's report of 12/23/17, it would be reasonable for her to undergo this study once due to continued complaints of neck pain following surgery, and if fusion is solid and there are no adjacent structural changes, no more should be needed.  If scans fail to show solid fusion, further diagnostics might be necessary. Dr. Cowen could not comment on cervical issues as he did/does not treat her for this condition and did not have records of treatment. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 21

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **III.   DIAGNOSTIC AND LABORATORY STUDIES** *(Continued)* | | | | | | |
| B.  Lumbar MRI, with and without contrast | Age 67 - Life | Every 5 years (Dr. Cowen)<br><br>**OR**<br><br>Once (Dr. Butler) | $1,400.00/unit<br><br><br><br>per Magnolia Diagnostic, her most recent provider | $280.00 | **OR**<br><br>$1,400.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems.  According to a telephone conference with Dr. Cowen on 12/12/17, due to lumbar surgical intervention necessitated by exacerbation of a pre-existing condition, she requires this testing every 5 years for monitoring of her lumbar spine. According to Dr. Butler's report of 12/23/17, it would be reasonable for her to undergo this study once due to continued complaints of back pain following surgery and if fusion is solid and there are no adjacent structural changes, no more should be needed.  If scans fail to show solid fusion, further diagnostics might be necessary. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 22

| MEDICAL DISABILITY COST ANALYSIS RE: Evelyn Sims File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **III.   DIAGNOSTIC AND LABORATORY STUDIES** *(Continued)* | | | | | | |
| C.   Cervical CT Scan | Age 67 - Life | Unknown/PRN<br><br>**OR**<br><br>Once<br>(Dr. Butler) | $425.00.00/unit<br><br><br><br>per Diagnostic Imaging Services, her most recent provider | Unknown | Unknown<br><br>**OR**<br><br>$425.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. According to Dr. Butler's report of 12/23/17, it would be reasonable for her to undergo this study once due to continued complaints of neck pain following surgery and if fusion is solid and there are no adjacent structural changes, no more should be needed.  If scans fail to show solid fusion, further diagnostics might be necessary.  Dr. Cowen could not comment on cervical issues as he did/does not treat her for this condition and did not have records of treatment. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 23

| | | | | | | |
|---|---|---|---|---|---|---|
| **MEDICAL DISABILITY COST ANALYSIS** <br> **RE:  Evelyn Sims** <br> **File No. 6.009** | | | | | | |
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **III.   DIAGNOSTIC AND LABORATORY STUDIES** *(Continued)* | | | | | | |
| D.  Lumbar CT Scan | Age 67 - Life | Once/PRN (Dr. Shamieh & Dr. Butler) | $425.00/unit <br><br><br> per Diagnostic Imaging Services, her most recent provider | | $425.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 8/18/17, he ordered this testing to evaluate lumbar fusion.  According to Dr. Butler's report of 12/23/17, it would be reasonable for her to undergo this study once due to continued complaints of lumbar pain following surgery and if fusion is solid and there are no adjacent structural changes, no more should be needed.  If scans fail to show solid fusion, further diagnostics might be necessary. Dr. Cowen only recommended MRIs of the lumbar spine. According to Dr. Shamieh's office on 1/3/18, they do not have a report and it is unknown if it occurred. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 24

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **III.   DIAGNOSTIC AND LABORATORY STUDIES** *(Continued)* | | | | | | |
| E.   Flexion and Extension lumbar x-rays | Age 67 - Life | Every 5 years (Dr. Cowen) | $75.00/x-ray<br><br>per Diagnostic Imaging Services, her most recent provider | $15.00 | | According to a telephone conference with Dr. Cowen on 12/12/17, due to lumbar surgical intervention necessitated by exacerbation of a pre-existing condition, she requires this testing every 5 years for monitoring of her lumbar spine. Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems for x-rays which were performed on 8/18/17. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 25

| MEDICAL DISABILITY COST ANALYSIS<br>RE: Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **IV.   THERAPEUTIC MODALITIES** | | | | | | |
| Physical Therapy Sessions | Age 67 | 18 sessions<br>(Dr. Shamieh & Dr. Butler) | $65.00/session<br><br>per Advanced Physical Therapy & Rehabilitation, her most recent provider | | $1,170.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since. On 8/18/17, Dr. Shamieh made a referral for P.T. for hip discomfort. According to Dr. Butler's report of 12/23/17, he recommended one-time physical therapy treatment post-surgeries to increase her physical endurance.  Dr. Cowen did not recommend this service. |
| **V.   DURABLE MEDICAL EQUIPMENT** | | | | | | |
| A.   TENS Padsonly as she already purchased the unit | Age 67 - Life | Monthly | $8.99 - $13.49/month<br><br>per Walmart - $8.99 - $12.38<br><br>per Walgreens - $9.00 - $13.49 | $107.88 - $161.88 | | According to Ms. Sims, she utilizes this equipment for relief of pain. According to Dr. Butler's report of 12/23/17, this may lessen her subjective complaints and is reasonable for her to use in the future. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 26

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **V.   DURABLE MEDICAL EQUIPMENT** *(Continued)* | | | | | | |
| B.  Heating Pad with automatic turn off | Age 67 - Life | Every 5 years | $19.02 - $19.99/unit<br><br>per Walmart - $19.02<br>per Walgreens - $19.99 | $3.80 - $4.00 | | According to Ms. Sims, she utilizes this equipment for relief of pain. According to Dr. Butler's report of 12/23/17, this may lessen her subjective complaints and is reasonable for her to use in the future. |
| C.  Gel Ice Pack | Age 67 - Life | Annually | $11.49 - $19.99/unit<br><br>per Walmart - $19.99<br>per Walgreens - $11.49 | $11.49 - $19.99 | | According to Ms. Sims, she utilizes this equipment for relief of pain. According to Dr. Butler's report of 12/23/17, this may lessen her subjective complaints and is reasonable for her to use in the future. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 27

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **VI.   PROPOSED PROCEDURES** | | | | | | |
| A.   Cervical Epidural Steroid Injections | Unknown | 0 times<br>(Dr. Butler and not recommended in records) | $1,500.00 - $4,500.00/injection<br><br><br>**For informational purposes only**<br><br>per Dr. Troy Beaucoudray - $1,500.00<br><br><br>per Dr. Waring - $4,500.00 | | $0.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. The medical records do not indicate this procedure has been performed as a result of the accident of 7/17/15, nor has it been recommended. According to a telephone conference with Dr. Cowen on 12/12/17, he cannot comment on cervical issues. According to Dr. Butler's report of 12/23/17, she does not require this treatment. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 28

| MEDICAL DISABILITY COST ANALYSIS<br>RE:  Evelyn Sims<br>File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **VI.    PROPOSED PROCEDURES** *(Continued)* | | | | | | |
| B.   Cervical Radiofrequency Ablation | Unknown | 0 times<br>(Dr. Butler and not recommended in records) | $3,0000.00 - $5,000.00/procedure<br><br><br>**For informational purposes only**<br><br>per Dr. Troy Beaucoudray - Percutanous $3,000.00<br><br>per Dr. Patrick Waring - Percutaneous $5,000.00 | | $0.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. The medical records do not indicate this procedure has been performed as a result of the accident of 7/17/15, nor has it been recommended. According to a telephone conference with Dr. Cowen on 12/12/17, he cannot comment on cervical issues. According to Dr. Butler's report of 12/23/17, she does not require this treatment. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 29

| MEDICAL DISABILITY COST ANALYSIS  RE:  Evelyn Sims  File No. 6.009 | | | | | | |
|---|---|---|---|---|---|---|
| **SERVICE OR ITEM** | **DURATION** | **FREQUENCY** | **COST/UNIT** | **ANNUAL COSTS** | **ONE-TIME COSTS** | **INDICATION** |
| **VI.    PROPOSED PROCEDURES** *(Continued)* | | | | | | |
| C.   Fusion surgery | Unknown | 0 times (Dr. Butler and Dr. Cowen) | $132,000.00/procedure  **For informational purposes only and approximate cost** | | $0.00 | Telephone conferences were scheduled with Dr. Shamieh on 12/12/17 and 12/15/17, but did not occur as I was not contacted as arranged.  Attempts to reschedule have been constant since.  According to Dr. Shamieh's report of 4/15/17, he referred her to pain management and she was told to return as needed for problems. The medical records do not indicate this procedure has been recommended. According to a telephone conference with Dr. Cowen on 12/12/17, this is not recommended and not probable. According to Dr. Butler's report of 12/23/17, he does not believe future fusion at the levels above or below the lumbar fusion is a medical probability. |

Ms. Sunni J. LeBeouf
Re: Evelyn Sims
January 12, 2018
Page 30

## MEDICAL DISABILITY COST ANALYSIS
### RE:  Evelyn Sims
### File No. 6.009

| TOTALS BY SECTION | | |
|---|---|---|
| | **ANNUAL COSTS** | **ONE TIME COSTS** |
| **I.**  Medical Evaluations & Follow-Up Treatments | $164.00 - $250.00 | $110.00 |
| **II.**  Medications | $567.12 | - |
| **III.**  Diagnostic & Laboratory Studies | $295.00 (Dr. Cowen) | $3,650.00 (Dr. Butler) |
| **IV.**  Therapeutic Modalities | - | $1,170.00 |
| **V.**  Durable Medical Equipment | $123.17 - $185.87 | - |
| **VI.**  Proposed Procedures | **For Informational Purposes** | **For Informational Purposes** |
| **TOTALS** | $1,149.29 - $1,297.99 | $4,930.00 |
| **TOTAL (Life Expectancy 18.1)** | $20,802.15 - $23,493.62 | $4,930.00 |
| **GRAND TOTAL** | $25,732.15 - $28,423.62 | |

**RESOURCE LIST**
Re: Evelyn Sims

I.   **Medical Evaluations & Follow-up Treatments**

    A. *Pain Management Specialist*
       Todd Cowen, M.D.
       Cowen Clinic
       726 North Acadia Rd., Ste. 2600
       Thibodeaux, LA
       (985)447-9922

    B. *Spine Surgeon*
       Samer Shamieh, M.D.
       Disc of Louisiana
       76 Starbrush Circle
       Covington, LA
       (985)400-5778

    C. *Physical Therapy Evaluation*
       Advanced Physical Therapy & Rehabilitation
       508 North Acadia Rd.
       Thibodeaux, LA
       (985)448-5888

II.  **Medication**

       Walmart
       224 W. Main St.
       Thibodeaux, LA
       (985492-5305

III. **Diagnostic Studies**

    A. *Cervical MRI*
    B. *Lumbar MRI*
       Magnolia Diagnostics, Inc.
       2700 Cadiz St.
       New Orleans, LA
       (985)891-1975

    C. *Cervical CT Scan*
    D. *Lumbar CT Scan*
    E. *Flexion and Extension lumbar x-rays*
       Diagnostic Imaging Services
       4241 Veterans Blvd.
       Metairie, LA
       (504)888-7921

Resource List
Re: Evelyn Sims
January 12, 2018
Page 2

**IV. Therapeutic Modalities**
Advanced Physical Therapy & Rehabilitation
508 North Acadia Rd.
Thibodeaux, LA
(985)448-5888

**V.  Durable Medical Equipment**
A. *TENS Pads*
B. *Heating Pad with automatic turn off*
C. *Gel Ice Pack*
Walmart.com
Walgreens.com

**VI. Proposed Procedures**
A. *Cervical Epidural Steroid Injections*
B. *Cervical Radiofrequency Ablation*
C. *Fusion Surgery*
**For Informational Purposes only**
Troy Beaucoudray, M.D.
Spectrum Neurology Center
4213 Teuton St.
Metairie, LA
(504)454-7246

Patrick Waring, M.D.
Pain Intervention Center
701 Metairie Rd.
Metairie, LA
(504)455-2225